E-FILED 11.14.11   JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VACA, an individual, and as Trustee of INDYMAC account nos. XXXXXX6672 and XXXXXX4127; ELENA VACA, an individual, and as Trustee of INDYMAC account nos. XXXXXX6672 and XXXXXX4127, <br><br> Plaintiffs, <br><br> vs. <br><br> ONE WEST BANK, a California based federal savings bank; and the FEDERAL DEPOSIT INSURANCE CORPORATION, an independent federal agency, and DOES 1-50, inclusive <br><br> Defendants. | CASE NO. CV 11-07014 MMM (AJW) <br><br> JUDGMENT FOR DEFENDANTS |

On November 14, 2011, the court issued an order granting defendant Federal Deposit Insurance Corporation's motion to dismiss plaintiffs' complaint for lack of subject matter jurisdiction. As a consequence,

 IT IS ORDERED AND ADJUDGED

 1. That plaintiffs take nothing by way of their complaint; and

 2. That the action be, and it hereby is, dismissed.

DATED: November 14, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE